United States District Court
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL DAVID SCOTT,<br><br>Defendant. | Criminal Action No.<br>14-10074-NMG |

MEMORANDUM & ORDER

GORTON, J.

Defendant Michael David Scott ("Scott") has been indicted on five counts of wire fraud in violation of 18 U.S.C. § 1343. His detention in this case was originally ordered by Magistrate Judge Marianne Bowler in March, 2014 and reconsidered several times before a final detention determination was entered in December, 2014. On June 15, 2015, more than six months later, an appeal of Magistrate Judge Bowler's Order of Detention was filed on behalf of Scott by Attorney Tracy Miner, who no longer represents him in this case.

Since October, 2014, Scott has been represented by retained counsel William Keefe.[1] If Scott belatedly seeks to challenge his continued detention, he must do so through current counsel.

---

[1] Attorney Miner's appearance on behalf of defendant was terminated on the docket on April 28, 2015 but apparently she had not represented him for the prior six months.

- 1 -

The Court notes, moreover, that the subject motion is identical to a pleading filed in May, 2015 in an earlier criminal case pending against defendant in this district, 10-cr-10264-RGS ("the 2010 Case"). The pleadings in both cases seek defendant's release pending his trial in the 2010 Case. In the meantime, however, Scott has pled guilty in the 2010 Case and awaits sentencing in that case. According to the government, he faces an estimated guideline sentencing range of 324 to 405 months of imprisonment.

The continued detention of defendant in this case is a no-brainer. See 18 U.S.C. § 3143(a)(1) (providing that a defendant who has already been found guilty of an offense and awaits sentencing ought be detained, absent a finding by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of another or the community if released). The pending appeal inexplicably fails to address or even mention the fact that Scott pled guilty in the 2010 Case and is now faced with an extended term of incarceration irrespective of the result in this case. Nor does Attorney Miner inform the Court that she no longer represents the defendant which is passing strange.

Accordingly, the Appeal of Magistrate Judge Bowler's Order of Detention (Docket No. 69) is **DISMISSED**.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated June 24, 2015