United States District Court
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL DAVID SCOTT,<br><br>Defendant. | Criminal Action No.<br>14-10074-NMG |

**ORDER**

The government's motion to exclude the time from October 13, 2015 to January 4, 2016 under the Speedy Trial Act is **ALLOWED**.

The Court granted the continuance of defendant's trial during the subject period based upon its finding that the end of justice served by the continuance outweighed the interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In making that finding, the Court considered Attorney Keefe's pending motion to withdraw as counsel and the request made by defendant at the July 14, 2015 status conference to have new counsel appointed for him. The Court determined that failure to grant such a continuance would have denied new counsel, not yet appointed, reasonable time necessary for effective preparation, taking into account the exercise of due

-1-

-2-

diligence. Id. § 3161(h)(7)(B)(iv). As such, the time during such continuance shall be excluded under the Speedy Trial Act.

**So ordered.**

                                             /s/ Nathaniel M. Gorton
                                             Nathaniel M. Gorton
                                             United States District Judge

Dated December 7, 2015