United States District Court
For The District of Massachusetts

United States Of America

v.                                                    14-cr-10074NMG

Michael David Scott

## Motion To Supplement
## The Record On Appeal

Now comes the defendant Michael David Scott, in the above captioned matter, and asks that the court supplement the record to advance his appeal with the attached "stipulation of dismissasl" and forward to the First Circuit Court Of Appeal.

On March 25, 2016, the defendant was sentenced by District Judge Nathanial M. Gorton. The Judge renegotiated the terms of the plea agreement in violation of Rule 11 and the defendant's Due Process Rights.

Plea agreements are contractual and therefore are to be analyzed under contract law standards in determining whether a plea agreement has been broken, courts look to what was reasonably understood by the defendant when he entered his plea of guilty. Perocier-Morales v United States 807 F. Supp. 2d 399 (1st Cir. 2012). (A "C" type plea agreement is a plea agreement which the district court has no discretion to modify or alter the terms of a plea agreement and must completely accept or reject the terms of the plea agreement.") The District Court and the prosecutor, in accord, renegotiated the plea agreement to increase the restitution amount by $74,000.00 amongst other explicit breaches as indicated in the record of the court.

*Motion denied. /s/ N.M. Gorton, USDJ   10/7/16*