IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2020 JUN 17 AM 10: 47
U.S. DISTRICT COURT
DISTRICT OF MASS.

**MICHAEL DAVID SCOTT**

    **Petitioner**

v.

    Case # 1:14-10074-NMG

**UNITED STATES OF AMERICA**

    **Respondent**

## MOTION TO CHANGE THE PETTIONER'S MAILING ADDRESS

## ON THE COURT'S RECORD

Now comes Michael David Scott, "the Petitioner" in the above captioned matter, requesting that this court update Mr. Scott's mailing address effective immediately as follows:

    Michael David Scott

    40 Old Stable Drive

    Mansfield Ma, 02048

Respectfully Submitted,

Michael David Scott

Old Stable Drive 40

02048 ,Mansfield Ma

June 15, 2020

## CERTIFICATE OF SERVICE

I Michael D. Scott certify that on June 15, 2020 I mailed a copy of this request by First Class Mail, United States Postal Service to the Clerk of Courts for filing and the government will be notified electronically.

Respectfully,

Michael D. Scott

June 15, 2020